IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RONALD DEAN MATTHEWS,
ADC #73278                                                                                       PLAINTIFF

v.                                             2:07CV00138 WRW

MS. LEBLONG, et al.                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice, and that such dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of January, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE